IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TERRENCE HOWARD O'NEAL** | § § § § | |
| **Plaintiff,** | § § § § | |
| v. | § § | Civil Action No.: _____ |
| **ULTRAVISION TECHNOLOGIES, LLC, and ACTIVE INTERNATIONAL** | § § § § | |
| **Defendants** | § § | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF INTERESTED PERSONS

TO THE HONORABLE JUDGE OF SAID COURT:

 Pursuant to Local Rule 3.1, Plaintiff designates the following individuals or corporations as having a financial interest in this lawsuit:

Plaintiff:       Terrence Howard O'Neal
           c/o Nicholas A. O'Kelly
           3109 Carlisle Street
           Dallas, Texas 75024

Defendant:       UltraVision Technologies, LLC
           c/o Registered Agent
           Corporation Service Company dba
           CSC – Lawyers Incorporating Service Company
           E. 7th Street, Suite 620
           Austin, Texas 78701-3218

| | |
|---|---|
| Defendant: | Active International<br>One Blue Hill Plaza<br>Pearl River, NY, 10965 |
| Plaintiff's Attorney: | Nicholas A. O'Kelly<br>KILGORE & KILGORE, PLLC<br>3109 Carlisle Street<br>Dallas, Texas 75204<br>nao@kilgorelaw.com<br>214-379-0827 |

Plaintiff reserves the right to amend this list as facts unfold during the discovery process.

DATED: May 20, 2020.                   Respectfully submitted,

**KILGORE & KILGORE, PLLC**

By:  /s/ Nicholas A. O'Kelly
NICHOLAS A. O'KELLY
State Bar No. 15241235
**KILGORE LAW CENTER**
3109 Carlisle, Suite 200
Dallas, TX  75204
nao@kilgorelaw.com
(214) 969-9099 - Telephone
(214) 953-0133 - Fax

**ATTORNEY FOR PLAINTIFF
TERRENCE H. O'NEAL**