**ORIGINAL**

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Northern District of Texas

2020 JUN -1 AM 9:25

Case Number: 3:20-CV-01335-C

Plaintiff:
**TERRENCE HOWARD O'NEAL**

vs.

Defendant:
**ULTRAVISION TECHNOLOGIES, LLC AND ACTIVE INTERNATIONAL, INC.**

Received these papers on the 26th day of May, 2020 at 9:30 am to be served on **ULTRAVISION TECHNOLOGIES, LLC care of its Registered Agent, CORPORATION SERVICE COMPANY D/B/A CSC – LAWYERS INCORPORATING SERVICE COMPANY, 211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**.

I, Thomas Kroll, being duly sworn, depose and say that on the **26th day of May, 2020** at **10:55 am, I:**

hand delivered to **ULTRAVISION TECHNOLOGIES, LLC**, a true copy of this **Summons in a Civil Action together with Plaintiff's Original Complaint and Certificate of Interested Persons**, by delivering to its Registered Agent, **CORPORATION SERVICE COMPANY D/B/A CSC - LAWYERS INCORPORATING SERVICE COMPANY**, by and through its designated agent, **SAMANTHA GUERRA**, at the address of: **211 E. 7th Street, Suite 620, Austin, Travis County, TX 78701**, having first endorsed upon such copy of such process the date of delivery.

I certify that I am approved by the Judicial Branch Certification Commission, Misc. Docket No. 05-9122 under rule 103, 501, and 501.2 of the TRCP to deliver citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not less than 18 years of age, I am not a party to the above-referenced cause, I have not been convicted of a felony or a crime of moral turpitude, and I am not interested in the outcome of the above-referenced cause.

Subscribed and Sworn to before me on the 26th day of May, 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Thomas Kroll
PSC - 3012, Exp. 8/31/2021

Our Job Serial Number: THP-2020002688
Ref: 1430174

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| O'Neal | ) |
| :---: | :--- |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-01335-C |
| | ) |
| UltraVision Technologies LLC et al | ) |
| *Defendant* | ) |

**Summons in a Civil Action**

**TO:** UltraVision Technologies LLC

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

  Nicholas O'Kelly
  3109 Carlisle Street, Suite 200
  Dallas, TX 75204

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

DATE: 05/22/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-01335-C

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for (*name of individual and title, if any*) _____
was received by me on (*date*) _____.

☐ I personally served the summons on the individual at (*place*) _____
_____ on (*date*) _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with (*name*) _____
_____ , a person of suitable age and discretion who resides there,
on (*date*) _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on (*name of individual*) _____ , who is designated
by law to accept service of process on behalf of (*name of organization*) _____
_____ on (*date*) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ other (*specify*) _____
_____

***SEE ATTACHED******AFFIDAVIT***

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: