# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **TERRENCE HOWARD O'NEAL** § | | |
| § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | Civil Action No.: 3:20-cv-1335 | |
| § | | |
| **ULTRAVISION TECHNOLOGIES,** § | | |
| **LLC, and ACTIVE INTERNATIONAL** § | | |
| § | | |
| **Defendants** § | **JURY TRIAL DEMANDED** | |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff files his notice of dismissal under FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2).

1. Plaintiff is Terrence Howard O'Neal; Defendants are Ultravision Technologies, LLC and Active International.

2. On May 21, 2020, Plaintiff sued Defendant in the United States District Court, Northern District of Texas, Dallas Division, where it was assigned to this Court.

4. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

5. A receiver has not been appointed in this case.

6. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

7. Since filing this case in federal court, Plaintiff has learned that this proceeding should be in state court, as Defendants have offices in the same city where Plaintiff resides thereby removing diversity.

7. This dismissal is without prejudice to Plaintiff expressly refiling this lawsuit in state court.

8. Plaintiff requests that the Court enter the proposed order of dismissal submitted herewith.

    Respectfully submitted,

    **KILGORE & KILGORE, PLLC**

    By:    /s/ *Nicholas A. O'Kelly*

    NICHOLAS A. O'KELLY
    State Bar No. 115241235
    **KILGORE & KILGORE, PLLC**
    3109 Carlisle, Suite 200
    Dallas, Texas 75204
    (214) 969-9099 – Telephone
    (214) 953-0133 – Facsimile
    nao@kilgorelaw.com

    **ATTORNEY FOR PLAINTIFF**
    **TERRANCE H. O'NEAL**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was filed electronically via ECF filing on the date indicated below and that all counsel of record were served with a copy hereof electronically.

DATED:    June 10, 2020.

    */s/ Nicholas A. O'Kelly*