IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERRENCE HOWARD O'NEAL | § § § § | |
| Plaintiff, | § § § § § | |
| v. | § § | Civil Action No.: 3:20-cv-1335 |
| ULTRAVISION TECHNOLOGIES, LLC, and ACTIVE INTERNATIONAL | § § § § | |
| Defendants | § § | JURY TRIAL DEMANDED |

## ORDER ON PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE

After considering Plaintiff's Notice of Dismissal Without Prejudice, the Court GRANTS such Notice and request to dismiss Defendants, and hereby ORDERS the dismissal of Defendants Ultravision Technologies, LLC and Active International without Prejudice, and further ORDERS that each party is to bear its own costs, fees, and expenses.