IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TERRENCE HOWARD O'NEAL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ULTRAVISION TECHNOLOGIES, LLC and | ) |
| ACTIVE INTERNATIONAL, INC., | ) |
| | ) |
| Defendants. | ) Civil Action No. 3:20-CV-1335-C |

## ORDER

On this day, the Court considered Plaintiff's Notice of Dismissal without Prejudice, filed June 10, 2020, pursuant to Federal Rule of Civil Procedure 41(a)(2).

**IT IS THEREFORE ORDERED** that all claims asserted in the above-styled and -numbered civil action are hereby **DISMISSED WITHOUT PREJUDICE** with costs taxed against the party incurring the same.

SO ORDERED this 10th day of June, 2020.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE